# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

July 2, 2019

VIA ECF

The Honorable Cathy Seibel, U.S.D.J.
United States District Court,
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

Re:   *D.P. v. JUUL Labs Inc.*, No. 18-cv-5758 (CS)

Dear Judge Seibel:

As counsel for Defendant JUUL Labs, Inc. in the above-enumerated case, I write to respectfully request, pursuant to Rule 2.D. of Your Honor's Individual Rules Practice, oral argument on our motion to dismiss the Amended Complaint filed by Plaintiff D.P.

We appreciate Your Honor's consideration of this request.


Respectfully submitted,


*/s/ Joseph Evall*

Joseph Evall


cc:  All Counsel of Record (via ECF)